Joshua Briones (SBN: 205293)
jbriones@mintz.com
Esteban Morales (SBN: 273948)
emorales@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
2029 Century Park East, Suite 3100
Los Angeles, California 90067
Telephone:  (310) 586-3200
Facsimile: (310) 586-3202

Attorneys for Defendant
Leadpoint, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENNAN LANDY, *individually and on behalf of all others similarly situation*,<br><br>Plaintiff,<br><br>vs.<br><br>LEADPOINT, INC.<br><br>Defendants. | Case No. 2:20-cv-00915-DMG-JPR<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Crtrm: 8C<br>Judge:  Hon. Dolly M. Gee<br>Mag. Judge:  Hon. Jean P. Rosenbluth<br><br>Complaint Filed:  January 29, 2020 |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that Plaintiff Brennan Landy ("Plaintiff") and Defendant Leadpoint, Inc. ("Defendant") have reached an agreement in principle to resolve this matter.  The parties are currently drafting the appropriate settlement documents and intend to file a Notice of Dismissal once the agreement is finalized.

| | | |
|---|---|---|
| 1 | Dated:  May 18, 2020 | Respectfully submitted, |
| 2 | | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C. |
| 3 | | */s/ Esteban Morales* |
| 4 | | By:  Joshua Briones<br>        Esteban Morales |
| 5 | | Attorneys for Defendant Leadpoint, Inc. |
| 6 | | |
| 7 | Dated: May 18, 2020 | THE LAW OFFICES OF TODD M. FRIEDMAN P.C. |
| 10 | | */s/ Adrian R. Bacon*<br>        Todd M. Friedman<br>        Adrian R. Bacon |
| 12 | | Attorneys for Plaintiff Brennan Landy |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I filed the foregoing **JOINT NOTICE OF SETTLEMENT** electronically on May 18, 2020, with the Clerk of the United States District Court in the CM/ECF system, which will serve a notice of the filing upon all counsel or parties of record on the email addresses listed on the court website.

*/s/ Esteban Morales*